AO 91 (Rev. 6/95) Criminal Complaint

E-FILED
Tuesday, 17 January, 2006 02:41:42 PM
Clerk, U.S. District Court, ILCD

# United States District Court

FILED
JAN 17 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

Severo Garcia-Barrientos a/k/a
Alejandro Tovar-Cano

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 06-3005-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 14, 2006 in Sangamon county, in the Central District of Illinois defendant(s) did, (Track Statutory Language of Offense)

illegal reentry after deportation

in violation of Title 8 United States Code, Section(s) 1326(a) & (b)(2)

I further state that I am a(n) Special Agent, U.S. Immigration & Customs Enforcement (Name) and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof: [X] Yes [ ] No

s/ Tom D. Merchant
Signature of Complainant

Sworn to before me and subscribed in my presence,

Janaury 16, 2006 12:03 PM at Springfield, Illinois

Date — City and State

Byron G. Cudmore
~~United States Magistrate Judge~~
Name & Title of Judicial Officer

s/ Byron G. Cudmore
Signature of Judicial Officer

STATE OF ILLINOIS )
) ss
COUNTY OF SANGAMON )

AFFIDAVIT

I, Tom D. Merchant, Senior Special Agent, U.S. Immigration and Customs Enforcement, being duly sworn on oath, depose and state as follows:

1. I am a Senior Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), and have been so employed since March 1, 2003. I was previously employed by the U.S. Immigration and Naturalization Service for more than twenty three years.

2. In my employment, I am assigned to investigate alleged violations of immigration laws, including activities which constitute transportation of illegal aliens and the illegal reentry of aliens who have been previously deported.

3. This affidavit is made in support of a criminal complaint against Severo GARCIA-Barrientos; a/k/a: Alejandro TOVAR-Cano.

4. On January 14, 2006 at approximately 11:45 p.m., ICE Senior Special Agent (SSA) Tom Merchant received a telephone call from an ICE Sector dispatcher. The dispatcher advised SSA Merchant that Illinois State Police Master Sergeant Marke Bobbitt had stopped a vehicle near Wiliamsville, Illinois which was believed to contain several illegal aliens. SSA Merchant was advised that the van had been stopped near milepost 112 on northbound Interstate 55.

5. On January 14, 2006 at approximately 11:45 p.m., SSA Stuart Kutz arrived at the scene of the vehicle stop and determined that all fifteen (15) occupants of the pickup truck were undocumented Mexican nationals. Sgt. Bobbitt advised that he had stopped the truck for failing to signal when changing lanes and obstructed windshield. None of the passengers of the vehicle were in possession of documentation issued in the United States and none of them were

conversant in the English language. The driver of the white 1996 Dodge Ram SLT pickup with topper, bearing North Carolina registration TZR 3306, was Enrique RESENDIZ-Moran. Four (4) Hispanic males were seated on the rear seat in the cab of the truck, the driver and one Hispanic male were in the front seats and there were nine (9) Hispanic males laying in the bed of the truck under the topper. RESENDIZ told Sgt. Bobbitt that he had picked up his passengers in North Carolina and Indiana and was en route to Chicago. The occupants of the van were transported to the ICE Office in Springfield, Illinois for processing and further investigation.

6. One of the passengers identified himself as Severo GARCIA-Barrientos. A check of his fingerprints in the IAFIS system revealed that GARCIA, using the alias of Alejandro TOVAR-Cano, was convicted of cocaine trafficking in Georgia in 2000 and was sentenced to fifteen years imprisonment. TOVAR was deported via Laredo, Texas on or about August 20, 2005.

7. After receiving his rights per Miranda and his consular communication rights pursuant to Article 36 of the Vienna Convention on Consular Affairs in the Spanish language, and waiving his Miranda rights, Severo GARCIA-Barrientos stated that he had been convicted of the cocaine trafficking offense and had been deported. He stated that he illegally reentered the United States near Brownsville, Texas on or about January 10, 2006.

8. Severo GARCIA-Barrientos; a/k/a: Alejandro TOVAR-Cano was found in the United States after being deported subsequent to a conviction of an aggravated felony. GARCIA reentered the United States without obtaining permission from the Secretary for the Department of Homeland Security or his predecessor, the United States Attorney General. These alleged acts are in violation of Title 8, United States Code, Section 1326(b)(2). These alleged acts occurred in Logan County, within the Central District of Illinois.

9. Further Your Affiant Sayeth Not.

DHS ICE HRC Springfield 2172589866 p.6

s/ Tom D. Merchant

Tom D. Merchant, Senior Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me
on this 16th day of January, 2006 12:03pm

s/ Byron G. Cudmore

BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE

Jan 16 06 12:16p DHS ICE RAC Springfield 2175858966 p.7