**E-FILED**
Thursday, 19 January, 2006  02:05:56 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-3004-M |
| | ) | |
| SEVERO GARCIA-BARRIENTOS, | ) | |
| | ) | |
| Defendant. | ) | |

<u>DETENTION ORDER</u>

BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:

On January 18, 2006, a detention hearing was requested by the Government in the above listed cause.  The Defendant, represented by court appointed counsel, Michael Vonnahmen, and assisted by an interpreter, knowingly and voluntarily waived his right to a detention hearing and consented to being detained herein.  Based upon the knowing waiver of the Defendant's right to a detention hearing, Defendant Severo Garcia-Barrientos is ordered detained.

WHEREFORE, the Defendant is committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the U.S. Marshal for the purpose of an appearance in connection with a court proceeding herein.

ENTER:  January 19, 2006

s/ Byron G. Cudmore

_____

BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE