IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
JAN 2 5 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 06-300 06 |
| ) | VIO: 8 U.S.C. §1326(a) & (b)(2) |
| SEVERO GARCIA-BARRIENTOS, a/k/a ) | 6 U.S.C. §§202(3),(4) & 557 |
| Alejandro Tovar-Cano ) | |
| ) | |
| Defendant. ) | |

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
(Illegal Reentry)

On or about January 14, 2006, in Sangamon County within the Central District of Illinois, the defendant,

**SEVERO GARCIA-BARRIENTOS, a/k/a Alejandro Tovar-Cano**,

a citizen of Mexico, who having been convicted in 2000 of an aggravated felony, namely, distribution of cocaine, and thereafter, pursuant to law, deported and removed from the United States on or about August 20, 2005, was found in the United States without the Attorney General or the Secretary of the Department of Homeland Security having expressly consented to such alien's reapplying for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2), and 6 United States Code Sections 202(3), (4), and 557.

s/Patricia McInerney
_____
RODGER A. HEATON
UNITED STATES ATTORNEY

(PAM)