AO 455 (Rev. 5/85 Waiver of Indictment)

# United States District Court

**CENTRAL   DISTRICT OF   ILLINOIS**

UNITED STATES OF AMERICA,

v.

SEVERO GARCIA-BARRIENTOS

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-CR-30006

I, , the above named defendant, who is accused of: illegal reentry to the United States

in violation of 8 U.S.C. §§ 1326(a) and (b)(2)

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on January 30, 2006, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Severo Garcia B.*
Severo Garcia-Barrientos, Defendant

s/ Michael H. Vonnahmen
Michael H. Vonnahmen,
Counsel for Defendant

Before  s/ Byron G. Cudmore
Byron G. Cudmore,
United States Magistrate Judge