UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

    vs.                        Case No. 06-30006

SEVERO GARCIA-BARRIENTOS
 a/k/a Alejandro Tovar-Cano

### REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

    The United States of America and the Defendant having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and CDIL Rule 72.1(A)(24).  The Defendant waived Indictment and entered a plea of guilty to an Information.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11,  I determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent factual basis containing each of the essential elements of such offense.  I therefore recommend that the plea of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

  1/30/2006                                                    s/ Byron G. Cudmore
_____    _____
Date                                                   BYRON G. CUDMORE
                                                               UNITED STATES MAGISTRATE JUDGE

### NOTICE

    Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. 636(b)(1)(B).