IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | 06-30006 |
| vs. ) | |
| ) | |
| SEVERO GARCIA-BARRIENTOS ) | |
| a/k/a ALEJANDRO TOVAR-CANO ) | |

DEFENDANT'S COMMENTARY ON SENTENCING FACTORS

Now comes the Defendant, Servero Garcia-Barrientos a/k/a Alejandro Tovar-Cano, by and through his attorney, Michael H. Vonnahmen, and for his Commentary on Sentencing Factors states as follows:

1. That he agrees that his offense level is 21.

2. That he agrees that his criminal history category is III.. The defendant further states he has never been incarcerated in Mexico..

3. That he agrees that his sentencing guideline is 46 to 57 months.

4. The defendant does not intent to call any witnesses for the Sentencing Hearing.

                                        Severo Garcia-Barrientos a/k/a Alejandro
                                        Tovar-Cano

                                        By, S/ Michael H. Vonnahmen
                                             Michael H. Vonnahmen
                                             His Attorney

Michael H. Vonnahmen
Attorney at Law, No. 2910802
105 West Allen
Springfield, IL. 62704
(217) 753-5452, Fax (217) 753-5452

CERTIFICATE OF SERVICE

    It is hereby certified that on May 25, 2006, I electronically filed the foregoing Defendant's Commentary on Sentencing Factors with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Patricia McInerney
Assistant United States Attorney

Laura J. Hanner
U. S. Probation Officer

                                                S/ Michael H. Vonnahmen
                                                Michael H. Vonnahmen
                                                Attorney at Law
                                                #2910802
                                                105 West Allen
                                                Springfield, IL.  62704
                                                (217) 753-5452
                                                Fax (217) 753-5452